App. Div.]                Second Department, June, 1911.

George T. Stockham, Appellant, v. Borough Bill Posting Company, Respondent.— While the questions of law involved herein may ultimately warrant an application for leave to appeal to the Court of Appeals, we think there should be a retrial of the case under our decision. Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Abraham Trohn, Respondent, v. Edwin F. Kendall and Others, Appellants.— Motion to dismiss appeal denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

United Dressed Beef Company, Respondent, v. James Burrell, Appellant, and Thomas Burrell, Defendant, Copartners, etc.— Motion granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Mary E. Bellotte, Respondent, v. George A. Bellotte, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Borough Bank of Brooklyn, Respondent, v. Cresco Realty Company and Walter L. Johnson, Impleaded with Edward J. McLaughlin, Appellant.— No sufficient reason appears why the officers of the plaintiff should not be examined before trial. Order reversed, with ten dollars costs and disbursements, and order for examination reinstated. Jenks, P. J., Hirschberg, Thomas and Carr, JJ., concurred; Burr, J., dissented solely upon the ground that the testimony sought would be inadmissible upon the trial. (*Jamestown Business College Assn.* v. *Allen*, 172 N. Y. 291.)

Archibald Buchanan, Appellant, v. David Sloane, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Russell R. Cornell and Theodore H. Ward, Copartners, Doing Business in the Borough of Manhattan, City of New York, under the Name and Style of "Cornell & Ward," Respondents, v. Fitzgibbon Paper Company and Others, Defendants, Impleaded with Jacob C. Kenyon and J. Beebe, as Receivers in Sequestration of the Property of K. inson Paper Company, Appellants.— Judgment modified by the provision for the payment of costs by the       ers in th as modified affirmed, without costs. No opin.       ks, berg, Burr, Woodward and Rich, JJ., concurre

Lillie T. Henderson, Appellant, v. Guaranty York, Respondent, Impleaded with James M. Ho son, as Executors and Trustees under the Last Hugh Stewart, Deceased, and Others, Defen appealed from as denies plaintiff's motion t redundant the words composing the first pa and the first paragraph of the third defens "This defendant realleges paragraphs num the first defense in the answer," is reversed bursements, and plaintiff's motion is to tha No opinion. Jenks, P. J., Hirschberg, H concurred.